**ATTORNEY GRIEVANCE**      \*      **IN THE COURT OF APPEALS**
**COMMISSION OF MARYLAND**          **OF MARYLAND**

                            \*

                            **Misc. Docket AG No. 102**
                         \*      **September Term, 2013**

**v.**                            \*

**SCOTT BRIAN BLUMENFELD**

                            \*      **Case No.   29751M**
                                 **Circuit Court for Montgomery Co.**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

The Court having considered the Joint Petition For Indefinite Suspension By Consent and Supplement thereto (in which Bar Counsel and Respondent agreed that Respondent violated Maryland Lawyers' Rules of Professional Conduct (MLRPC) 1.1, 1.2 (a), 1.3, 1.4 (b), 1.5 (a)-(b), 1.15 (a) and (c), 5.3 (a)-(c), 5.4(a), and 8.4(a) and (d), as well as Rule 16-606.1), filed in the above entitled case, it is this ___17th___ day of July, 2014

**ORDERED**, by the Court of Appeals of Maryland that Scott Brian Blumenfeld be, and he is hereby, suspended indefinitely by consent from the practice of law in the State of Maryland, such suspension to become effective sixty (60) days from the date of this Order, with the right to apply for reinstatement no earlier than six (6) months after the effective date of this suspension; and it is further

**ORDERED**, that the sixty (60) days prior to effective date of the indefinite suspension shall be used by Mr. Blumenfeld exclusively to conclude ongoing client matters and to take steps necessary to protect the interest of his clients; and it is further

**ORDERED,** that the Respondent will undertake no new matters and/or provide legal advice to new clients during this sixty (60) day period; and it is further

**ORDERED**, that sixty (60) days from the date of entry of this Order, the Clerk of this Court shall remove the name of Scott Brian Blumenfeld, from the register of attorneys of the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge